JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZIK KESHISH and VARTAN KESHISH, | ) CASE NO. CV 12-3818 MMM (JCx) ) |
| Plaintiffs, | ) JUDGMENT FOR DEFENDANT ) |
| vs. | ) ) |
| ALLSTATE INSURANCE COMPANY, and DOES 1-10, | ) ) ) |
| Defendants. | ) ) ) |

On April 22, 2013, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs take nothing by way of their complaint; and

2. That the action be, and it hereby is, dismissed.

DATED: April 22, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE